Anna Hsia (SBN 234179)
ZWILLGEN LAW, LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2341
Facsimile: (415) 636-5965
anna@zwillgen.com

Jeffrey Landis (*pro hac vice forthcoming*)
Dana Brusca (*pro hac vice*)
ZwillGen PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
jeff@zwillgen.com
dana@zwillgen.com

Attorneys for Defendant
**HEALTHLINE MEDIA, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN JEFFERSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HEALTHLINE MEDIA, INC.<br><br>*Defendant.* | Case No. 3:22-cv-05059-JD<br><br>**HEALTHLINE MEDIA, INC.'S STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. James Donato<br>Hearing Date: March 9, 2023<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor |

Pursuant to Civil Local Rule 7-3(d) and in support of Defendant Healthline Media, Inc.'s ("Defendant") Motion to Dismiss (ECF 16), Defendant respectfully submits the following relevant judicial opinion issued after the date Defendant filed its reply memorandum with the Court on February 8, 2023: *Martin v. Meredith Corp.*, Case No. 22-cv-4776 (DLC), 2023 WL 2118074 (S.D.N.Y. Feb. 17, 2023). A copy of the February 17, 2023 Opinion is attached hereto as Exhibit 1.

DATED: February 27, 2023

ZWILLGEN PLLC

By:  /s/ Dana Brusca
Dana Brusca (*pro hac vice*)
dana@zwillgen.com

**Attorney for Defendant**
Healthline Media, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record.

 /s/ Dana Brusca
Dana Brusca