UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDRIA HEATHER, et al.,

Plaintiffs,

v.

HEALTHLINE MEDIA, INC.,

Defendant.

Case No. 3:22-cv-05059-JD

**JUDGMENT**

Pursuant to the third order of dismissal, Dkt. No. 76, and Federal Rule of Civil Procedure 58, judgment is entered against plaintiffs.

**IT IS SO ORDERED.**

Dated: June 7, 2024

_____
JAMES DONATO
United States District Judge